*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

**NOTICE**

**UNITED STATES OF AMERICA**

**V.**   **CASE NUMBER:3:15CR108**

**AUSTIN REED EDENFIELD**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

**Type of Proceeding**

**TELEPHONE CONFERENCE SET MONDAY, SEPTEMBER 14, 2015, 10:00 AM
BEFORE UNITED STATES DISTRICT JUDGE MICHAEL P. MILLS**

*THE U.S. ATTORNEY'S OFFICE WILL INITIATE THE CONFERENCE CALL AT THE SCHEDULED TIME*

DAVID CREWS, Clerk of Court

/s/Sallie Wilkerson
(BY) Sallie Wilkerson - Courtroom Deputy

Date: September 11, 2015

To: Robert H. Norman   (electronic notice only)

Thomas R. Trout   (electronic notice only)

**CONTACT SALLIE WILKERSON AT 662/281-3041 or Sallie_Wilkerson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**.